# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Martavis Shawn Demar James,

        Defendant.

Civil No. 18-cr-216 (SRN/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and
2. Defendant Martavis Shawn Demar James's Motion to Suppress Search and Seizure of Items [Doc. No. 18] is **DENIED**.

Dated: December 11, 2018        s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge